UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 15   9 38 AM '03
U.S. DISTRICT COURT
NEW HAVEN CONN.

SECURITIES AND EXCHANGE COMMISSION
          Plaintiff,

NO. 3:03CV418 (PCD)

VS.

GLOBAL TELECOM SERVICES, L.L.C. d/b/a
MEDICAL DISPOSAL DEVICES,
ALBERT D. LATOUCHE AND SALVATORE J.
CARTELLI, JR.,
          Defendants

OCTOBER 9, 2003

**APPEARANCE**

TO THE CLERK OF THE COURT:

Please enter my appearance on behalf of the following defendant:

**SALVATORE J. CARTELLI, JR.**

THE DEFENDANT
SALVATORE J. CATELLI, JR.

BY_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT 06511
TEL NO. (203) 777-3777
CT BAR 00163/JNHORN@AOL.COM

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid this 9TH day of October, 2003 to: William Paetzold, Esq., 140 Hebron Avenue., Glastonbury, Connecticut 06033, and Gerald A. Gross, Esq., Securities and Exchange Commission, 233 Broadway, New York, New York 10279.

_____
JONATHAN J. EINHORN