UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>Plaintiff, | NO. 3:03 CV 418 (PCD) |
| VS. | |
| GLOBAL TELECOM SERVICES, L.L.C. d/b/a<br>MEDICAL DISPOSAL DEVICES,<br>ALBERT D. LATOUCHE AND SALVATORE J.<br>CARTELLI, JR., | |
| Defendants | OCTOBER 9, 2003 |

## MOTION TO EXTEND SCHEDULING ORDER

The Defendant, Salvatore J. Cartelli, Jr., represents as follows:

1. That the undersigned has just filed an appearance for the Defendant, Salvatore J. Cartelli, Jr. in this matter.

2. That a scheduling order had been agreed to previously which is no longer adequate, based upon Defendant's new representation.

3. The plaintiff has agreed that the discovery deadlines may be extended an additional 90 days, as appropriate.

4. Attorney for the co-Defendant, William Paetzold has no objection to this request.

WHEREFORE, the Defendant, Salvatore J. Cartelli, Jr., requests a 90- day extension on the scheduling.

THE DEFENDANT
SALVATORE J. CATELLI, JR.

BY _____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT 06511
TEL NO. (203) 777-3777
CT BAR 00163/JNHORN@AOL.COM

## **CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed, postage prepaid this 9TH day of October, 2003 to: William Paetzold, Esq., 140 Hebron Avenue., Glastonbury, Connecticut 06033, and Gerald A. Gross, Esq., Securities and Exchange Commission, 233 Broadway, New York, New York 10279.

JONATHAN J. EINHORN