UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE COMMISSION       NO. 3:03 CV 418 (PCD)
    Plaintiff,

VS.

GLOBAL TELECOM SERVICES, L.L.C. d/b/a
MEDICAL DISPOSAL DEVICES,
ALBERT D. LATOUCHE AND SALVATORE J.
CARTELLI, JR.,

    Defendants       OCTOBER 9, 2003

### MOTION TO EXTEND SCHEDULING ORDER

Defendant, Salvatore J. Cartelli, Jr., represents as follows:

1. That the undersigned has just filed an appearance for the Defendant, Salvatore J. Cartelli, Jr. in this matter.

2. That a scheduling order had been agreed to previously which is no longer adequate, based upon Defendant's new representation.

3. The plaintiff has agreed that the discovery deadlines may be extended an additional 90 days, as appropriate.

4. Attorney for the co-Defendant, William Paetzold has no objection to this request.

WHEREFORE, the Defendant, Salvatore J. Cartelli, Jr., requests a 90-day extension on the scheduling.

THE DEFENDANT
SALVATORE J. CATELLI, JR.

BY _____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT 06511
TEL NO. (203) 777-3777
CT BAR 00163/JNHORN@AOL.COM

---

*Handwritten annotations:*

October 17, 2003. Granted in part. The discovery schedule of February 2, 2004 is extended to April 2, 2004. Any dispositive motions shall be filed in complying with the Supplemental Order on or before April 23, 2004.