UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE COMMISSION,  :
                                                Plaintiff,  :  3:03 CV 418 (PCD)

v.  :

GLOBAL TELECOM SERVICES L.L.C. d/b/a  :  MOTION TO
MEDICAL DISPOSAL DEVICES,  :  EXTEND DEADLINE
ALBERT D. LATOUCHE and SALVATORE J.  :  FOR FILING
CARTELLI, JR.,  :  MOTIONS

                                          Defendants.  :

---

Pursuant to Local Civil Rule 7(b) and Judge Dorsey's Supplemental Order for Motion Filing Procedure, Plaintiff Securities and Exchange Commission ("Commission"), respectfully requests, through its counsel, that the Court grant a 21-day extension, from April 23, 2004 until May 14, 2004, to for filing dispositive motions.

Pursuant to Local Rule 7(a)(1), this motion is not accompanied by a memorandum of law because no disputed issue of law exists. The Commission requests an extension as follows:

1.     This is the first request for an extension of time by the Commission.

2.     The Court entered the schedule agreed upon by the Commission, Defendant *pro se* Salvatore J. Cartelli, Jr. ("Cartelli") and attorney for Defendants Global Telecom Services, LLC

d/b/a Medical Disposal Devices ("Medical Disposal") and Albert D. LaTouche ("LaTouche") in their Form 26(f) Report of Parties Planning Meeting.

3. The Court extended the deadlines of the Scheduling Order at Cartelli's counsel's request after Cartelli retained counsel on or about October 9, 2003. The deadline for discovery was extended to April 2, 2004 and the deadline for dispositive motions was extended to April 23, 2004.

4. The Commission has completed all discovery with the exception of obtaining an affidavit from one witness, and the Commission expects to receive this prior to the discovery deadline.

5. The Commission needs additional time to file a motion for Summary Judgment to give adequate time for Commission to incorporate evidence into its supporting memorandum and declaration to have sufficient time to submit a reply to memorandum after receiving any opposing papers.

6. Counsel for the Commission observes the Jewish Holiday on April 6-7 and April 12-13, and is unable to work those days.

7. Counsel for the Commission will be in London, England, between April 26-30, 2004, to take investigative testimony in a separate proceeding.

8. Counsel for all Defendants have represented to the undersigned that they do not object to the Commission's request for this extension.

WHEREFORE, Plaintiff requests a 21-day extension to file dispositive motions.

Dated:     New York, New York
           March 24, 2004

                                    Respectfully submitted,

                                    _____
                                    WILLIAM FINKEL
                                    Federal Bar Council No. CT-24904
                                    Attorney for Plaintiff
                                    SECURITIES AND EXCHANGE COMMISSION
                                    233 Broadway
                                    New York, New York 10279
                                    (646) 428-1716

3