**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SECURITIES AND EXCHANGE COMMISSION

    -vs-                                                              Civil No. 3:03 cv 418 (PCD)

GLOBAL TELECOM SERVICES, L.L.C., ET AL

<u>ENDORSEMENT ORDER</u>

      Plaintiff's motion for extension of time until May 14, 2004 to file dispositive motions (Doc. #15) is hereby GRANTED.

    SO ORDERED.

Dated at New Haven, Connecticut, April 2, 2004.

                                            / s/ _____
                                                       Peter C. Dorsey, Senior
                                                       United States District Judge