## CERTIFICATE OF COMPLIANCE AND SERVICE

In connection with the civil action *SEC v. Global Telecom Services L.L.C. d/b/a Medical Disposal Devices, et al.*, 3:03 CV 418 (PCD) (D.Conn.), I hereby certify that:

1.     I have complied with the motion filing deadlines set in Fed. R. Civ. P. 56, Local Rule 56(a) and the Scheduling Order in this civil-action.

2.     I caused copies of Plaintiff's Motion for Summary Judgment, Proposed Final Judgment, Declaration of William Finkel in Support of Plaintiff's Motion for Summary Judgment, Appendix to the Declaration of William Finkel- Volumes I-III, Local Rule 56(a)(1) Statement of Undisputed Facts and Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, to be served via same day delivery on this 1st day of April 2004, to:

William Paetzold, Esq.
Attorney for defendants Albert D. LaTouche and
Global Telecom Services L.L.C. d/b/a Medical Disposal Devices,
 Moriarty and Paetzold, 140 Hebron Ave., Suite 102, Glastonbury, CT 06033

Jonathan J. Einhorn, Esq.,
Attorney for defendant Salvatore J. Cartelli, Jr.
412 Orange Street, New Haven, Connecticut 06511

_____
William Finkel, Esq.
Attorney for Plaintiff
Securities and Exchange Commission
Northeast Regional Office
233 Broadway
New York, New York 10279
(646) 428-1716
CT-24904