UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

APR 22  10 03 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | : CASE NUMBER 3: 03CV 418 (PCD) |
| vs. | : |
| GLOBAL TELECOM SERVICES, ET AL | : APRIL 21, 2004 |

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT and all parties of record:

Please enter my appearance for the defendant, Global Telecom Services and Albert LaTouche, in the above-captioned matter.

Respectfully submitted,
The Defendant

By: _____
William H. Paetzold
Moriarty, Paetzold & Babcock
140 Hebron Avenue, Suite 102
Glastonbury, CT 06033
Tel No: (860)657-1010
Federal Bar NO. ct10074

## CERTIFICATION

  THIS IS TO CERTIFY that a copy of the foregoing appearance has been mailed to the following counsel of record on this 21st day of April, 2004:

William Finkel, Esq.
SEC
233 Broadway
New York, NY  10279

Jonathon Einhorn, Esq.
412 Orange Street
New Haven, CT  06511

_____
William H. Paetzold