UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>Plaintiff, | NO. 3:03 CV 418 (PCD) |
| VS. | |
| GLOBAL TELECOM SERVICES, L.L.C. d/b/a<br>MEDICAL DISPOSAL DEVICES,<br>ALBERT D. LATOUCHE AND SALVATORE J.<br>CARTELLI, JR., | |
| Defendants | APRIL 21, 2004 |

## MOTION FOR EXTENSION OF TIME

The Defendant Salvatore Cartelli, moves for a 30-day extension of time to respond to Plaintiff's Motion for Summary Judgment.  Due to the volume of materials submitted with Plaintiff's motion (an entire box of transcripts, etc), the undersigned needs additional time to prepare a response to such motion.

Counsel for the Plaintiff has no objection to this request.

THE DEFENDANT, SALVATORE CARTELLI

BY_____
    JONATHAN J. EINHORN, ESQ.
    412 ORANGE STREET
    NEW HAVEN, CONNECTICUT 06511
    (203) 777-3777/ct00163

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was mailed, postage prepaid this 21st day of April, 2004 to:

| | |
|---|---|
| William Finkel, Esq.<br>Securities and Exchange Commission<br>233 Broadway<br>New York, New York  10279 | William Paetzold, Esq.<br>140 Hebron Avenue<br>Glastonbury, CT  06033 |

_____
JONATHAN J. EINHORN

Case 3:03-cv-00418-PCD   Document 20   Filed 04/22/2004   Page 2 of 2