# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION

    -vs-                                                                                          Civil No. 3:03 cv 418 (PCD)

GLOBAL TELECOM SERVICES, L.L.C., ET AL

## ENDORSEMENT ORDER

      Based on Counsel's representation, the defendants', Global Telecom Services, LLC and Albert LaTouche's, motion for extension of time until May 17, 2004 to file a memorandum in opposition to plaintiff's motion for summary judgment (Doc. #18) is hereby GRANTED ABSENT OBJECTION.

    SO ORDERED.

    Dated at New Haven, Connecticut, April 23, 2004.

                                          /s/_____
                                                Peter C. Dorsey, Senior
                                                United States District Judge