## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION

    -vs-                                                                     Civil No. 3:03 cv 418 (PCD)

GLOBAL TELECOM SERVICES, L.L.C., ET AL

### ENDORSEMENT ORDER

     Defendant, Salvatore Cartelli's, motion for extension of time to file a response to plaintiff's motion for summary judgment (Doc. #20) is hereby GRANTED until May 17, 2004

    SO ORDERED.

    Dated at New Haven, Connecticut, April 23, 2004.

                                      /s/_____
                                                 Peter C. Dorsey, Senior
                                                 United States District Judge