**CERTIFICATE OF SERVICE**

      In connection with the civil action *SEC v. Global Telecom Services L.L.C. d/b/a Medical Disposal Devices, et al.*, 3:03 CV 418 (PCD) (D.Conn.), I hereby certify that I caused the foregoing Motion To Extend Deadline For Filing Joint Trial Memorandum to be served by mailing a copy of same via overnight mail on this 22nd day of April 2004, to:

William Paetzold, Esq.
Attorney for defendants Albert D. LaTouche and
Global Telecom Services L.L.C. d/b/a Medical Disposal Devices
Moriarty, Paetzold & Babcock, LLC
140 Hebron Ave., Suite 102
Glastonbury, CT 06033

Jonathan J. Einhorn, Esq.
Attorney for defendant Salvatore J. Cartelli, Jr.
412 Orange Street
New Haven, Connecticut 06511

                                                                          _____
                                                                          William Finkel, Esq.
                                                                          Attorney for Plaintiff
                                                                          SECURITIES AND EXCHANGE
                                                                          COMMISSION
                                                                          Northeast Regional Office
                                                                          233 Broadway
                                                                          New York, New York 10279
                                                                          (646) 428-1716
                                                                          CT-24904