UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT APR 26   2 17 PM '04

U.S. DISTRICT COURT
NEW HAVEN CONN

| | | |
|---|---|---|
| SEC | : | CASE NUMBER 3:03 CV 418 (PCD) |
| vs. | : | |
| GLOBAL TELECOM SERVICES, LLC ET AL | : | APRIL 22, 2004 |

### AMENDED MOTION FOR EXTENSION OF TIME RE: DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMARY JUDGMENT

The defendants, Global Telecom Services, LLC and Albert LaTouche, hereby move this Honorable Court for a forty-five (45) day extension to May 17, 2004 in which to file a memorandum in opposition to the plaintiff's motion for summary judgment. In support of this motion the defendants assert the following:

1. The plaintiff's filed a motion for summary judgment on April 1, 2004. The motion and accompanying documents is approximately 5 inches thick.

2. During the month of April, 2004, defense counsel was preparing for a murder trial which was scheduled to begin jury selection on April 27, 2004. (State v Cartonio Mims, Docket No. CR02-115260) However, on Thursday, April 15, 2004, the defendant in the murder trial entered a guilty plea to a substituted charge which obviated the need for a trial.

3. Aside from the instant memorandum in opposition to summary judgment, defense counsel has two other motions for summary judgment which he must respond to; the first is due on April 19, 2004, and the other is due on May 3, 2004.

4. Counsel for the defendant has notified the plaintiff concerning this request for an extension and they raise no objection. However, the plaintiff's acquiescence is contingent on them having 10 days in which to respond to the defendant's memorandum.

Wherefore, the defendants move that this motion for extension of time be granted.

Respectfully submitted,<br>
The Defendant<br><br>
By: _____<br>
William H. Paetzold<br>
Moriarty, Paetzold & Babcock<br>
140 Hebron Avenue, Suite 102<br>
Glastonbury, CT  06033<br>
Tel No: (860)657-1010<br>
Federal Bar No.: ct10074

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing amended motion for extension was mailed to the following counsel of record on this 22nd day of April, 2004:

Jonathon J. Einhorn, Esq.
Attorney for Salvatore Cartelli
412 Orange Street
New Haven, CT  06511

SEC
William Finkel, Esq.
233 Broadway
New York, NY  10279

_____
William H. Paetzold