**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SECURITIES AND EXCHANGE COMMISSION

    -vs-                                                          Civil No. 3:03 cv 418 (PCD)

GLOBAL TELECOM SERVICES, L.L.C., ET AL

### ENDORSEMENT ORDER

     Plaintiff's motion for extension of time to file a joint trial memorandum thirty days after the Court rules on the summary judgment motion (Doc. #23) is hereby GRANTED.

    SO ORDERED.

    Dated at New Haven, Connecticut, April 30, 2004.

                                    /s/_____
                                         Peter C. Dorsey, Senior
                                         United States District Judge