# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION

    -vs-                                                                          Civil No. 3:03 cv 418 (PCD)

GLOBAL TELECOM SERVICES, L.L.C., ET AL

## ENDORSEMENT ORDER

      Defendants' amended motion for extension of time until May 17, 2004 to file a memorandum in opposition to plaintiff's motion for summary judgment and for plaintiff to be allowed 10 days in which to respond to defendants' memorandum (Doc. #24) is hereby GRANTED.

    SO ORDERED.

    Dated at New Haven, Connecticut, April 30, 2004.

                                                    /s/_____
                                                        Peter C. Dorsey, Senior
                                                        United States District Judge