UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | 3:03 CV 418 (PCD) |
| v. | : | |
| GLOBAL TELECOM SERVICES L.L.C. d/b/a MEDICAL DISPOSAL DEVICES, ALBERT D. LATOUCHE and SALVATORE J. CARTELLI, JR., | : | PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT |
| Defendants. | : | |

---

Plaintiff Securities and Exchange Commission ("Commission") submits this motion for summary judgment against Defendants Global Telecom Services, LLC d/b/a Medical Disposal Devices ("Medical Disposal"), Albert D. LaTouche ("LaTouche") and Salvatore J. Cartelli, Jr. ("Cartelli") (collectively, the "Defendants").  By this motion, the Commission seeks a final judgment:

A.   permanently enjoining the Defendants from, directly or indirectly, singly or in concert, violating Section 17(a) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77q(a), and Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5;

B.   ordering the Defendants, jointly and severally, to disgorge ill-gotten gains of $742,000, derived directly or indirectly, from their violative conduct plus prejudgment interest on that amount;

C.      ordering the Defendants to pay the maximum civil monetary penalties pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3);

D.      permanently barring LaTouche and Cartelli from serving as officers or directors of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act, 15 U.S.C. §78*l*, or that is required to file reports pursuant to Section 15(d) of the Exchange Act, 15 U.S.C. §78o(d), pursuant to Section 20(e) of the Securities Act, 15 U.S.C. §77t(e), and Section 21(d)(2) of the Exchange Act, 15 U.S.C. §78u(d)(2); and

E.      granting such other and further relief as the Court may deem just and proper.

A proposed final judgment is attached hereto.


Dated: New York, New York
        _____, 2004

 

                                        _____
                                        WILLIAM FINKEL
                                        Federal Bar Council No. CT-24904
                                        Attorney for Plaintiff
                                        Securities and Exchange Commission
                                        233 Broadway
                                        New York, New York 10279
                                        (646) 428-1716
                                        (646) 428-1977 (fax)