UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

SECURITIES AND EXCHANGE COMMISSION,  :
:
                              Plaintiff,  :   3:03 CV 418 (PCD)
:
                            v.  :   DECLARATION OF
:   WILLIAM FINKEL
GLOBAL TELECOM SERVICES L.L.C. d/b/a  :   IN SUPPORT OF
MEDICAL DISPOSAL DEVICES,  :   PLAINTIFF'S
ALBERT D. LATOUCHE and SALVATORE J.  :   MOTION FOR
CARTELLI, JR.,  :   SUMMARY
:   JUDGMENT
                          Defendants.  :
_____:

WILLIAM FINKEL, pursuant to 28 U.S.C. § 1746, declares:

1.     I am employed with Plaintiff Securities and Exchange Commission ("Commission") as an attorney in the Commission's Northeast Regional Office. I make this declaration in support of Plaintiff Commission's Motion for Summary Judgment against Defendants Global Telecom Services, LLC d/b/a Medical Disposal Devices ("Medical Disposal"), Albert D. LaTouche ("LaTouche") and Salvatore J. Cartelli, Jr. ("Cartelli").

2.     Annexed hereto as exhibits are true copies of the following:

Exhibit No.    Document

1           The Commission's Complaint in this action.

2           Answer of Defendant LaTouche and Medical Disposal in this action.

3           Answer of Defendant Cartelli in this action.

4           Form 26(f) Report of Parties' Planning Meeting.

| | |
|---|---|
| 5 | Declaration of Mahbub A. Siddiqui. |
| 6 | Declaration of Eugene Gottesman. |
| 7 | Declaration of Gaetan A. Roy (including relevant excerpts of transcript of tape recorded conversations). |
| 8 | Declaration of Cardinal Zenon Grocholewski. |
| 9 | Fifth Amendment Declaration of Albert D. LaTouche. |
| 10 | Cited portions of the Investigative Testimony of Albert D. LaTouche held on April 1, 2002. |
| 11 | Fifth Amendment Declaration of Salvatore J. Cartelli, Jr. |
| 12 | Cited portions of the Investigative Testimony of Salvatore J. Cartelli, Jr. held on April 11, 2002. |
| 13 | Declaration of Robert Nettleton. |
| 14 | Declaration of Louis E. Fabri. |
| 15 | Cited portions of the deposition of Brian LaTouche held on September 4, 2003. |
| 16 | Cited portions of the deposition of Stephen Epstein ("Epstein") held on September 12, 2003. |
| 17 | Cited portions of the deposition of Joy S. Johnson ("Johnson") held on October 17, 2003. |
| 18 | Cited portions of the deposition of Joseph A. Scafidi ("Scafidi") held on September 8, 2003. |
| 19 | Cited portions of the deposition of Robert Faber ("Faber") held on August 19, 2003. |
| 20 | Complaint of Health-Smart International, Inc. |
| 21 | Faber New Client Memorandum dated December 19, 1996 (Deposition Exhibit No. 1). |

| | |
|---|---|
| 22 | Forged Security Agreement and Assignment Agreement (Deposition Exhibit No. 4). |
| 23 | Investor newsletter dated August 9, 1999 (Deposition Exhibit No. 8). |
| 24 | Investor newsletter dated October 1, 1999 (Deposition Exhibit No. 9). |
| 25 | Facsimile from Albert LaTouche to Brian LaTouche dated November 21, 1994 (Deposition Exhibit No. 12). |
| 26 | Brian LaTouche notes on telephone conversations dated November - December 1996 (Deposition Exhibit No. 13). |
| 27 | Medical Disposal Device brochure (Deposition Exhibit No. 18). |
| 28 | Vatican letter dated February 2, 1998 (Deposition Exhibit No. 20). |
| 29 | Epstein's notes (Deposition Exhibit No. 24). |
| 30 | Investment contracts of 42 investors dated between March 1997- January 2000. |
| 31 | Investment notes of 5 investors dated between February 2000- July 2000. |
| 32 | Declaration of Edward Levy in support of Commission's summary judgment motion. |

Dated: New York, New York
_____, 2004

_____
WILLIAM FINKEL
Federal Bar Council No. CT-24904
Attorney for Plaintiff
Securities and Exchange Commission
233 Broadway
New York, New York 10279
(646) 428-1716
(646) 428-1977 (fax)