UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

SECURITIES AND EXCHANGE COMMISSION,

                           Plaintiff,                    3:03 CV 418 (PCD)

      v.

GLOBAL TELECOM SERVICES L.L.C. d/b/a
MEDICAL DISPOSAL DEVICES,
ALBERT D. LATOUCHE and SALVATORE J.
CARTELLI, JR.,

                           Defendants.
_____

Please take notice that Plaintiff Securities and Exchange Commission has manually filed the following documents or things:
  a) Appendix (Volumes I-III) to Finkel Declaration in Support of Plaintiff's Motion For Summary Judgment.
  b) Exhibits attached to Declaration of William Finkel in Further Support of Plaintiff's Motion.

This document has not been filed electronically because
[X] the document or thing cannot be converted to an electronic format
[ ] the electronic file size of the document exceeds 1.5 megabytes
[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                         Respectfully submitted,

                                                         _____

                                                         WILLIAM FINKEL
                                                         Federal Bar Council No. CT-24904
                                                         Attorney for Plaintiff
                                                         Securities and Exchange Commission
                                                         233 Broadway
                                                         New York, New York 10279
                                                         (646) 428-1716
                                                         (646) 428-1977 (fax)