UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | |
| VS. | CIVIL NO.: 3:03 CV 418(PCD) |
| GLOBAL TELECOM SERVICES, LLC d/b/a MEDICAL DISPOSAL DEVICES, ALBERT LaTOUCHE and SALVATORE CARTELLI, JR. | MAY 25, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant, Albert LaTouche, has manually filed the following document or thing:

- Defendant's Memorandum of Law in Opposition to Plaintiff's Motion For Summary Judgment

- Exhibit in Support of Defendant's Memorandum – Deposition of Albert LaTouche

This memorandum and exhibit has not been filed electronically because

[X] The document cannot be converted to an electronic format

[ ] The electronic file size of the document exceeds 1.5 megabytes

[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(d)

[ ] Plaintiff/Defendant is excused form filing this document or thing by Court order.

The document or thing has been manually served on all parties.

The Defendant, Albert LaTouche
By his attorney

_____
William H. Paetzold
Morarity, Paetzold & Babcock, LLC
140 Hebron Avenue, Suite 102
Glastonbury, CT 06033
Tel. (860) 657-1010
Fax (860) 657-1011
Federal Bar No.: ct10074

## CERTIFICATION

The undersigned certifies that a copy of the foregoing Notice of Manual Filing was mailed to the following counsel of record on this 24th day of May, 2004.

William Finkel, Esq.
Securities & Exchange Commission
233 Broadway
New York, NY 10279

Jonathon J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

_____
William H. Paetzold