UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | 3:03 CV 418 (PCD) |
| v. | : | |
| GLOBAL TELECOM SERVICES L.L.C. d/b/a MEDICAL DISPOSAL DEVICES, ALBERT D. LATOUCHE and SALVATORE J. CARTELLI, JR., | : | |
| Defendants. | : | |

**CERTIFICATE OF COMPLIANCE AND REQUEST TO GRANT SUMMARY JUDGMENT ABSENT ANY OPPOSITION**

In connection with the civil action *SEC v. Global Telecom Services L.L.C. d/b/a Medical Disposal Devices, et al.*, 3:03 CV 418 (PCD) (D.Conn.), I hereby certify that:

1. I have complied with Judge Dorsey's Supplemental Order in this civil-action.

2. I have not received any opposition from defendants Salvatore J. Cartelli, Jr. ("Cartelli") and Global Telecom Services, LLC d/b/a Medical Disposal Devices ("Medical Disposal") in response to plaintiff Securities and Exchange Commission's summary judgment motion.

3. The Court should therefore grant summary judgment against defendants Cartelli and Medical Disposal.

Dated: New York, New York
June 1, 2004

_____
William Finkel, Esq.
Attorney for Plaintiff
Securities and Exchange Commission
Northeast Regional Office
233 Broadway
New York, New York 10279
(646) 428-1716
CT-24904

Case 3:03-cv-00418-PCD    Document 35    Filed 06/02/2004    Page 2 of 2