UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | : | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | 3:03 CV 418 (PCD) |
| | : | |
| v. | : | |
| | : | |
| GLOBAL TELECOM SERVICES L.L.C. d/b/a MEDICAL DISPOSAL DEVICES, ALBERT D. LATOUCHE and SALVATORE J. CARTELLI, JR., | : | |
| | : | |
| Defendants. | : | June 4, 2004 |

---

**Plaintiff Commission's Motion for leave to File a Supplemental Memorandum in Reply to Defendant Salvatore J. Cartelli, Jr.'s ("Cartelli") Memorandum in <u>Opposition to Plaintiff's Motion for Summary Judgment.</u>**

Plaintiff Securities and Exchange Commission ("Commission"), through its counsel, respectfully requests that the Court grant the Commission leave to file a supplemental memorandum of law in reply to defendant Salvatore J. Cartelli, Jr.'s ("Cartelli") memorandum in opposition to the Commission's summary judgment motion ("Cartelli Opposition Brief"). Counsel for all Defendants have represented to the undersigned that they do not object to the Commission's request.

Dated: New York, New York
June 4, 2004

                                                WILLIAM FINKEL
                                                Federal Bar Council No. CT-24904
                                                Attorney for Plaintiff Commission
                                                233 Broadway
                                                New York, New York 10279
                                                (646) 428-1716
                                                (646) 428-1977 (fax)