## CERTIFICATE OF SERVICE

In connection with the civil action *SEC v. Global Telecom Services L.L.C. d/b/a Medical Disposal Devices, et al.*, 3:03 CV 418 (PCD) (D.Conn.), I hereby certify that:

I caused copies of plaintiff's Reply Brief in Support of Plaintiff's Motion for Summary Judgment, Declaration of William Finkel in Further Support of Plaintiff's Motion for Summary Judgment and Certificate of Compliance and Request to Grant Summary Judgment Absent any Opposition, to be served via overnight mail on this 1st day of June 2004, to:

William Paetzold, Esq.
Attorney for defendants Albert D. LaTouche and
Global Telecom Services L.L.C. d/b/a Medical Disposal Devices,
 Moriarty and Paetzold, 140 Hebron Ave., Suite 102, Glastonbury, CT 06033

Jonathan J. Einhorn, Esq.,
Attorney for defendant Salvatore J. Cartelli, Jr.
412 Orange Street, New Haven, Connecticut 06511


Dated: New York, New York
June 1, 2004

                                                                                             _____
William Finkel, Esq.
Attorney for Plaintiff
Securities and Exchange Commission
Northeast Regional Office
233 Broadway
New York, New York 10279
(646) 428-1716
CT-24904