# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION  : | |
| : | |
| VS.   : | CASE NO. 3:03CV418 (PCD) |
| : | |
| GLOBAL TELECOM SERVICES LLC, d/b/a,  : | |
| ET AL.   : | |

## ENDORSEMENT ORDER

The Plaintiff Commission's Motion for Leave to File a Supplemental Memorandum in Reply to Defendant Salvatore J. Cartelli, Jr.'s Memorandum in Opposition to Plaintiff's Motion for Summary Judgment, document no. 36, is GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 8th day of June, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court