UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| Plaintiff, : | 3:03 CV 418 (PCD) |
| v. : | |
| GLOBAL TELECOM SERVICES L.L.C. d/b/a : MEDICAL DISPOSAL DEVICES, : ALBERT D. LATOUCHE and SALVATORE J. : CARTELLI, JR., : | **DECLARATION OF SERVICE** |
| Defendants. : | July 30, 2004 |

---

I, William Finkel, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　I am a member of the Bar of this Court and the attorney for Plaintiff, United States Securities and Exchange Commission ("Commission"), and employed at the Commission's Northeast Regional Office.

2.　On July 22, 2004, William Paetzold, Esq., accepted service of the Final Judgment Against Defendants Global Telecom Services, LLC d/b/a Medical Disposal Devices, Albert D. LaTouche and Salvatore J. Cartelli, Jr. and Ruling on Plaintiff's Motion for Summary Judgment in the above-captioned matter on behalf of his clients, Albert D. LaTouche, and Global Telecom Services, LLC d/b/a Medical Disposal Devices. A copy of the letter agreeing to such service is attached hereto as Exhibit A.

3.  On July 26, 2004, Jonathan J. Einhorn, Esq., accepted service of the Final Judgment Against Defendants Global Telecom Services, LLC d/b/a Medical Disposal Devices, Albert D. LaTouche and Salvatore J. Cartelli, Jr. and Ruling on Plaintiff's Motion for Summary Judgment in the above-captioned matter on behalf of his client, Salvatore J. Cartelli, Jr. A copy of the letter agreeing to such service is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   July 30, 2004
            New York, New York

_____
WILLIAM FINKEL
Federal Bar Council No. CT-24904
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
233 Broadway
New York, NY 10279
(646) 428-1716
(646) 428-1977 (fax)



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NORTHEAST REGIONAL OFFICE
233 BROADWAY
NEW YORK, NEW YORK 10279

WRITER'S DIRECT DIAL LINE
WILLIAM FINKEL
TELEPHONE: (646) 428-1716
FACSIMILE:  (646) 428-1977

July 21, 2004

**VIA OVERNIGHT MAIL**
William Paetzold, Esq.
Moriarty, Paetzold and Babcock, L.L.C.
140 Hebron Ave., Suite 102
Glastonbury, CT 06033

      Re:   *SEC v. Global Telecom Services, LLC, et al.*, 3:03-CV-418 (D. Conn.) (PCD)

Dear Mr. Paetzold:

      This is to confirm that, as per our conversation today, you agreed to accept service via Federal Express of the Final Judgment Against Defendants Global Telecom Services, LLC d/b/a Medical Disposal Devices, Albert D. LaTouche and Salvatore J. Cartelli, Jr. ("Final Judgment") and Ruling on Plaintiff's Motion for Summary Judgment ("Ruling") in the above-captioned matter on behalf of your clients, Albert D. LaTouche, and Global Telecom Services, LLC d/b/a Medical Disposal Devices. Please confirm your acceptance of the enclosed copy of the Final Judgment and Ruling by signing below and returning this letter to me.

      Very truly yours,

      William Finkel
      Attorney for Plaintiff
      CT-24904

      I hereby accept service of the Final Judgment and Ruling on behalf of Albert D. LaTouche and Global Telecom Services, LLC d/b/a Medical Disposal Devices in the matter referred to above.

William Paetzold, Esq.      Date 7/22/04

      Moriarty, Paetzold and Babcock, L.L.C.
      Counsel for defendants Albert D. LaTouche and
      Global Telecom Services, LLC



EXHIBIT A



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NORTHEAST REGIONAL OFFICE
233 BROADWAY
NEW YORK, NEW YORK 10279

WRITER'S DIRECT DIAL LINE
WILLIAM FINKEL
TELEPHONE: (646) 428-1716
FACSIMILE:  (646) 428-1977

July 21, 2004

**VIA OVERNIGHT MAIL**
Jonathan J. Einhorn, Esq.
Attorney for defendant Salvatore J. Cartelli, Jr.
412 Orange Street
New Haven, Connecticut 06511

Re:   *SEC v. Global Telecom Services, LLC, et al.*, 3:03-CV-418 (D. Conn.) (PCD)

Dear Mr. Einhorn:

This is to confirm that, as per our conversation today, you agreed to accept service via Federal Express of the Final Judgment Against Defendants Global Telecom Services, LLC d/b/a Medical Disposal Devices, Albert D. LaTouche and Salvatore J. Cartelli, Jr. ("Final Judgment") and Ruling on Plaintiff's Motion for Summary Judgment ("Ruling") in the above-captioned matter on behalf of your client, Salvatore J. Cartelli, Jr. Please confirm your acceptance of the enclosed copy of the Final Judgment and Ruling by signing below and returning this letter to me.

Very truly yours,

William Finkel
Attorney for Plaintiff
CT-24904

I hereby accept service of the Final Judgment and Ruling on behalf of Salvatore J. Cartelli, Jr. in the matter referred to above.

_____   7-26-04
Jonathan J. Einhorn, Esq.      Date
Counsel for defendant Salvatore J. Cartelli, Jr.

EXHIBIT
B