## CERTIFICATE OF SERVICE

      I hereby certify that I caused to be served the foregoing Plaintiff Securities and Exchange Commission's Declaration of Service by mailing a copy of same via overnight mail postage prepaid on this 30th day of July 2004, to:

William Paetzold, Esq.
Attorney for defendants Albert D. LaTouche and
Global Telecom Services L.L.C. d/b/a Medical Disposal Devices,
Moriarty Paetzold and Babcock, 140 Hebron Ave., Suite 102, Glastonbury, CT 06033

Jonathan J. Einhorn, Esq.,
Attorney for defendant Salvatore J. Cartelli, Jr.
412 Orange Street, New Haven, Connecticut 06511

 

_____
WILLIAM FINKEL
Federal Bar Council No. CT-24904
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
233 Broadway
New York, NY 10279
(646) 428-1716
(646) 428-1977 (fax)